**Elliott Roy BROWN, Plaintiff–Appellant,**

v.

**CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA; Secretary of the Air Force; Wilnet A. Brown; Jack B. Stevens, Circuit Court Judge, Defendants–Appellees.**

No. 02–1468.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Elliott Roy Brown, Appellant Pro Se. Peter Robert Messitt, James Christian Stuchell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Elliott Roy Brown appeals the district court's order denying his claims of declaratory relief, accounting, and restitution. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. Circuit Court of Fairfax County,* No. CA–01–1484–A (E.D.Va. Dec. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*